JS-6

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **United States District Court for the Central District of California Lead Case No. 8:10-ml-02151-JVS-FMO** |
| THIS DOCUMENT RELATES TO: *David Khatib v. Toyota Motor North America, Inc., et al.* **Case No. 8:23-cv-00943-JVS-E** | **ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE (FRCP RULE 41(a)(1)(A)(ii))** |

This cause comes before the Court on the agreement and Stipulation of Dismissal filed by the parties to dismiss all claims asserted in this matter with prejudice. The Court, finding good cause,

HEREBY ORDERS that this action is dismissed in its entirety with prejudice as to any and all claims asserted by plaintiff against the defendants in this matter. Each

---

1
ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE (FRCP RULE 41(a)(1)(A)(ii))

party is to bear its own costs, including but not limited to, attorneys' fees and expert fees.

IT IS SO ORDERED.

DATED: February 2, 2026

_____
Honorable James V. Selna

ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE (FRCP RULE 41(a)(1)(A)(ii))